UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ISRAEL CHABRIEL,**

   **Plaintiff,**

v.                 **Case No: 6:13-cv-1711-Orl-28TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

   **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1) filed on November 4, 2013, seeking judicial review of a final decision by the Commissioner of the Social Security Administration denying Plaintiff's claim for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") under the Social Security Act. Specifically, Plaintiff seeks relief pursuant to 42 U.S.C. § 405(g).

The United States Magistrate Judge Thomas B. Smith filed a Report and Recommendation (Doc. 20) on October 28, 2014, recommending that the Commissioner's final decision be reversed and remanded for further proceedings consistent with the Report and Recommendation.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

  1.  The Report and Recommendation (Doc. 20) filed on October 28, 2014, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision in this case is **REVERSED** and **REMANDED** for further proceedings consistent with the Report and Recommendation. (Doc. 20).

3. The Clerk is directed to enter judgment accordingly and close the case.

4. Plaintiff is advised that the deadline to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) shall be thirty (30) days after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded.

5. Upon receipt of such notice, Plaintiff shall promptly email Mr. Rudy and the OGC attorney who prepared the Commissioner's brief to advise them that the notice has been received.

**DONE** and **ORDERED** in Orlando, Florida on January 21, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record