UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISRAEL CHABRIEL,

    Plaintiff,

v.                                                  Case No:   6:13-cv-1711-Orl-41TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## REPORT AND RECOMMENDATION

    Pending before the Court is Plaintiff's Uncontested Petition for Attorney's Fees (Doc 23).   On January 21, 2015, the Court entered an Order reversing the Commissioner's decision and remanding the case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. 21).   On January 26, the Clerk entered judgment (Doc. 22).   Plaintiff filed this application for attorney's fees on March 19.

    Plaintiff requests an award of attorney's fees in the amount of $3,683.97 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).   Under the EAJA, a party is eligible for an attorney fee award where: (1) the party is the prevailing party in a non-tort suit involving the United States; (2) the Government's position was not substantially justified; (3) the party filed a timely application for attorney's fees; (4) the party had a net worth of less than $2 million at the time the complaint was filed; and (5) there are no special circumstances which would make the award of fees unjust.   28 U.S.C. § 2412(d).   Plaintiff asserts that he is the prevailing party, that the Commissioner's position in the underlying action was not substantially justified, and that

his net worth at the time the action was filed was less than $2 million (Doc. 23, ¶¶ 4, 6, 7). The schedule of billable hours attached to the petition confirms the attorney's claimed time expended on the case (Doc. 23 at 13-15).

Plaintiff has attached a copy of his assignment of EAJA fees to his counsel (Doc. 23-1). In light of the assignment, Plaintiff requests that payment should be made payable to him and delivered to his attorney unless Plaintiff owes a federal debt. If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's lawyer.

Upon due consideration, I **RESPECFULLY RECOMMEND** that Plaintiff's motion be **GRANTED** and Plaintiff be awarded attorney fees in the amount of $3,683.97 to be paid to Plaintiff's counsel if the Department of the Treasury determines that Plaintiff does not owe a debt to the Government.

Specific written objections to this report and recommendation may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on March 23, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record