UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ISRAEL CHABRIEL,**

    **Plaintiff,**

v.                                             **Case No: 6:13-cv-1711-Orl-41TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

                                                            /

**ORDER**

THIS CAUSE is before the Court on Richard A. Culbertson's Unopposed Supplemental Request for Authorization to Charge a Reasonable Fee ("Request," Doc. 29). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 30), in which he recommends that the Court grant the Request.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 30), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Richard A. Culbertson's Unopposed Supplemental Request for Authorization to Charge a Reasonable Fee (Doc. 29) is **GRANTED**.

3. The Court approves an award of attorney's fees in the amount of $9,062.75.

4. The fee shall be paid out of Plaintiff's past due benefits currently being withheld by the Social Security Administration.

**DONE** and **ORDERED** in Orlando, Florida on March 29, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record